Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Boulevard #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY, | Case No.  8:20-cv-02345-CJC-KES |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| FOUNDATION BUILDING MATERIALS, INC., RUBEN D. MENDOZA, CHASE HAGIN, CHRIS MEYER, RAFAEL A. COLORADO, MATTHEW J. ESPE, FAREED A. KHAN, CHAD R. LEWIS, JAMES F. UNDERHILL, and MAUREEN HARRELL, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: December 31, 2020

**WEISSLAW LLP**
Joel E. Elkins

By: _____

Joel E. Elkins
9100 Wilshire Boulevard #725 E.
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
    -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff*

- 2 -
NOTICE OF VOLUNTARY DISMISSAL